# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| GREGORY KEMP, )<br>)<br>　Plaintiff, )<br>)<br>vs. )<br>)<br>FULTON COUNTY, ILLINOIS, a Local )<br>Government Entity, JEFF STANDARD, )<br>Sheriff of Fulton County in his Individual )<br>Capacity; CHRISTOPHER FORD, )<br>Sergeant in his Individual Capacity; and )<br>TIFFANY WILLIAMS, Jail Officer in her )<br>Individual Capacity; SHELDON BURGET, )<br>a Jail Officer in his Individual Capacity, )<br>)<br>　Defendants. ) | Case No.: 17-cv-01404-JBM-JEH |

## **NOTICE OF APPEAL**

　　Plaintiff-Appellant, GREGORY KEMP, by and through his attorneys, LeFANTE LAW OFFICES, P.C., appeals from the Decision and Order of the Honorable Joe Billy McDade dated December 16, 2020, which grants Defendants' Motion for Summary Judgement. Plaintiff-Appellant requests the 7th Circuit Appellate Court reverse the Court's granting of Defendants' Motion for Summary Judgment and remand for further proceedings.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　Gregory Kemp, Plaintiff

　　　　　　　　　　　　　　　　　　　　　By: s/ *James P. LeFante*

James P. LeFante, #6237531
LeFante Law Offices, P.C.
Twin Towers Plaza
456 Fulton Street, Suite 410
Peoria, IL 61602
Phone: 309 / 999-1111
Fax: 855 / 533-2683
Email:  jlefante@lefantelaw.com

## CERTIFICATE OF SERVICE

      I, James P. LeFante, an attorney, hereby certify that on this 15 day of January 2021, I caused the foregoing **Notice of Appeal** to be served on all counsel of record, and court reporting service, by e-mail and/or by depositing same into the U.S. Mail, first-class postage prepaid, addressed as follows:

**Attorney for Defendant**
Daniel Corbett
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road -Fourth Floor
Northbrook, IL  60062
dcorbett@okgc.com

                                            /s/ James P. LeFante
                                                James P. LeFante
                                                Counsel for the Plaintiff

James P. LeFante (6237531)
LeFante Law Offices, P.C.
Twin Towers Plaza
456 Fulton Street, Suite 410
Peoria, IL   61602
Phone:  309 / 999-1111
Fax:  855 / 533-2683
jlefante@lefantelaw.com